FILED

07/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0266

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0266

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

AARON LEE OLBRICHT,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 3, 2024 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 26 2024